# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

JS-6

Prepaid Teleconnect, Inc.,

                Plaintiff,

v.

City of Murrieta et al.,

                Defendants.

EDCV 15-2062-VAP (KKx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: 4/21/16

                                            Virginia A. Phillips
                                          United States District Judge